UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIE HENDERSON, ) | |
| INDIVIDUALLY AND ON BEHALF OF ) | |
| ALL OTHERS SIMILARLY SITUATED, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 7:17-cv-00292 |
| ) | |
| GENERAL REVENUE CORPORATION, ) | |
| ) | |
| And ) | |
| ) | |
| PIONEER CREDIT RECOVERY, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO COMPEL

COMES NOW Plaintiff, through counsel, pursuant to Federal Rule of Civil Procedure 37 and respectfully moves that this Court compel Defendant GRC to respond to discovery requests served on October 3, 2017. As set forth in detail in the Memorandum of Law in Support of the Motion to Compel filed herewith and incorporated by reference herein, Defendant GRC has failed to make a proper response to discovery requests and Plaintiff's efforts to resolve the matter short of court intervention have been unsuccessful. For these reasons and those set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court grant the motion to compel.

Respectfully submitted,

WILLIE HENDERSON, individually and on behalf of all others similarly situated

By: /s/ Monica L. Mroz

1

                                               Of Counsel

John P. Fishwick, Jr. (VSB #23285)
John.fishwick@fishwickandassociates.com
Monica L. Mroz (VSB #65766)
Monica.mroz@fishwickandassociates.com
Fishwick & Associates PLC
101 South Jefferson Street, Suite 500
Roanoke, Virginia 24011
(540) 345-5890 (telephone)
(540) 345-5789 (facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel for defendants:

    Joshua F. P. Long
    F. Elizabeth Burgin Waller
    WOODS ROGERS PLC
    10 South Jefferson Street, Suite 1400
    P.O. Box 14125
    Roanoke, VA 24038
    jlong@woodsrogers.com
    bwaller@woodsrogers.com

    Lisa M. Simonetti
    Vedder Price, LLP
    1925 Century Park East
    Suite 1900
    Los Angeles, CA 90067
    lsimonetti@vedderprice.com

                                          By: /s/ Monica L. Mroz
                                          Monica L. Mroz (VSB # 65766)
                                          Fishwick & Associates PLC
                                          101 South Jefferson Street, Suite 500
                                          Roanoke, Virginia 24011
                                          Phone: (540) 345-5890

Facsimile: (540) 345-5789
Monica.mroz@fishwickandassociates.com