CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 25 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIE HENDERSON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 7:17CV00292 ) ) **ORDER** |
| v. | ) ) By: Hon. Glen E. Conrad |
| GENERAL REVENUE CORPORATION, et al., | ) Senior United States District Judge ) ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The defendants' objection to the magistrate judge's report and recommendation (Dkt. 70) is **OVERRULED**;

2. The magistrate judge's report and recommendation (Dkt. No. 56) is **ADOPTED**; and

3. The defendants' partial motion to dismiss the amended complaint (Dkt. No. 32) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 25th day of September, 2018.

_____
Senior United States District Judge