UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIE HENDERSON, <br> INDIVIDUALLY AND ON BEHALF OF <br> ALL OTHERS SIMILARLY SITUATED, <br><br>     Plaintiff, <br><br> v. <br><br> GENERAL REVENUE CORPORATION, <br><br> And <br><br> PIONEER CREDIT RECOVERY, INC. <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 7:17-cv-00292 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Willie Henderson, Individually and on behalf of all others similarly situated.

                                                                    Respectfully submitted,

                                                                      /s/ Daniel J. Martin

                                                               Daniel J. Martin (VSB #92387)
                                                               Fishwick & Associates PLC
                                                               30 Franklin Road, Suite 700
                                                               Roanoke, Virginia 24011
                                                               (540) 345-5890 Telephone
                                                               (540) 343-5789 Facsimile
                                                               Daniel.Martin@fishwickandassociates.com
                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel for defendants:

Joshua F. P. Long
F. Elizabeth Burgin Waller
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
P.O. Box 14125
Roanoke, VA 24038
jlong@woodsrogers.com
bwaller@woodsrogers.com

Lisa M. Simonetti
Vedder Price, LLP
1925 Century Park East
Suite 1900
Los Angeles, CA 90067
lsimonetti@vedderprice.com

By: /s/Daniel J. Martin
Daniel J. Martin (VSB #92387)
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
(540) 345-5890 Telephone
(540) 343-5789 Facsimile
Daniel.Martin@fishwickandassociates.com