IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIE HENDERSON, individually and behalf of all others similarly situated, | ) ) ) |
| | ) Civil Action No. 7:17CV00292 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| GENERAL REVENUE CORPORATION, et al., | ) Senior United States District Judge |
| | ) ) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1.  The plaintiff's motion for leave to file a second amended complaint (Dkt. No. 93) is **GRANTED**;

2.  The second amended complaint (Dkt. No. 93-1) shall be deemed filed as of this date and docketed separately by the Clerk;

3.  The plaintiff shall file an amended motion for class certification reflecting Navient Portfolio Management, LLC as an additional defendant within five (5) days;

4.  The parties shall confer and submit a proposed briefing schedule on the amended motion for class certification within ten (10) days;

5.  Upon receipt of the proposed briefing schedule, the court will finalize the hearing date for the amended motion for class certification; and

6.  The original motion for class certification (Dkt. No. 58) shall be administratively terminated by the Clerk.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 21st day of March, 2019.

_____
Senior United States District Judge