**John Fishwick**

| | |
|---|---|
| **From:** | Monica Mroz |
| **Sent:** | Sunday, June 23, 2019 4:44 PM |
| **To:** | hassm@gtlaw.com |
| **Cc:** | John Fishwick; Carrol Ching; Daniel Martin; simonettil@gtlaw.com; ramosc@gtlaw.com; jlong@woodsrogers.com; bwaller@woodsrogers.com |
| **Subject:** | Re: Henderson v. GRC et al. |

Mike, given the compressed timeline, we are comfortable providing an extension to June 28.

Thanks, Monica

*Monica L. Mroz*
Attorney
30 Franklin Road, Suite 700
(540) 345-5890
(540) 345-5789 (fax)

NOTICE: This message and its attachments are confidential and may be protected by the attorney/client privilege. If you have received this message in error, please notify the sender immediately by e-mail and delete and destroy this message and its attachments.

---

**From:** hassm@gtlaw.com <hassm@gtlaw.com>
**Sent:** Friday, June 21, 2019 9:23:21 AM
**To:** Monica Mroz
**Cc:** John Fishwick; Carrol Ching; Daniel Martin; simonettil@gtlaw.com; ramosc@gtlaw.com; jlong@woodsrogers.com; bwaller@woodsrogers.com
**Subject:** RE: Henderson v. GRC et al.

Hi Monica,

We are working on the responses to the NPM discovery requests; would you be amenable to granting a two-week extension on those?

Thank you!
~Mike

**Michael A. Hass**
Associate

Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000 | McLean, VA 22102
T 703.749.1359   F 703.714.8312
 hassm@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig



1

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.