UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIE HENDERSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ) ) ) ) **Plaintiff** ) ) v. ) ) GENERAL REVENUE CORPORATION, ) ) And ) ) PIONEER CREDIT RECOVERY, INC. ) ) And ) ) NAVIENT PORTFOLIO MANAGEMENT, LLC ) ) **Defendants.** ) | Civil Action No. 7:17-cv-00292 |

## PLAINTIFF'S MOTION FOR SANCTIONS FOR THE NAVIENT PORTFOLIO MANAGEMENT, LLC 30(B)(6) WITNESS'S FAILURE TO PREPARE FOR AND RESPOND TO THE 30(B)(6) DEPOSITION TOPICS AS NOTICED

COMES NOW the Plaintiff, through counsel, and brings this motion as a result of Defendant Navient Portfolio Management, LLC's ("NPM") failure to adequately produce a witness for deposition with knowledge of the topic areas designated, in contravention of Rule 30(b)(6) of the Federal Rules of Civil Procedure. For this and the reasons fully set forth in the Memorandum in Support of this motion, Plaintiff hereby moves this Court to order sanctions upon NPM, by ordering NPM to pay all costs and attorney fees associated with the preparation

1

and taking of the 30(b)(6) deposition, and by striking the Defendants' Motion for Summary Judgment.

Respectfully submitted,

WILLIE HENDERSON, individually and on behalf of all others similarly situated

By: /s/ John P. Fishwick, Jr.
Of Counsel

John P. Fishwick, Jr. (VSB #23285)
John.fishwick@fishwickandassociates.com
Monica L. Mroz (VSB #65766)
Monica.mroz@fishwickandassociates.com
Carrol M. Ching, Esquire (VSB # 68031)
Carrol.Ching@fishwickandassociates.com
Daniel J. Martin (VSB #92387)
Daniel.martin@fishwickandassociates.com
Fishwick & Associates PLC
30 Franklin Rd, Suite 700
Roanoke, Virginia 24011
(540) 345-5890 (telephone)
(540) 345-5789 (facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: /s/ John P. Fishwick, Jr.
John P. Fishwick, Jr. (VSB # 23285)
Fishwick & Associates PLC
30 Franklin Road, Suite 700
Roanoke, Virginia 24011
Phone: (540) 345-5890
Facsimile: (540) 345-5789
john.fishwick@fishwickandassociates.com

2