# Exhibit B

## John Fishwick

**From:** simonettil@gtlaw.com
**Sent:** Tuesday, June 18, 2019 11:53 AM
**To:** Monica Mroz
**Cc:** ramosc@gtlaw.com; John Fishwick; Daniel Martin; Carrol Ching
**Subject:** RE: Henderson

This is fine.

**From:** Monica Mroz [mailto:Monica.Mroz@fishwickandassociates.com]
**Sent:** Tuesday, June 18, 2019 11:15 AM
**To:** Simonetti, Lisa (Shld-LA-LT) <simonettil@gtlaw.com>
**Cc:** Ramos, Christopher R. (Assoc-LA-LT) <ramosc@gtlaw.com>; John Fishwick <John.Fishwick@fishwickandassociates.com>; Daniel Martin <daniel.martin@fishwickandassociates.com>; Carrol Ching <Carrol.Ching@fishwickandassociates.com>
**Subject:** RE: Henderson

**\*EXTERNAL OF GT\***

Lisa,

We can agree to the 19th of July in Indiana so long as you agree to the following conditions:

You will waive the discovery deadline of June 25, 2019 for the deposition; and

You will agree that our opposition to any dispositive motion you file will not be due until August 2, 2019.

If we can agree on those things, we can go ahead and confirm that date.

Thanks,
Monica

*Monica L. Mroz*
Attorney


FISHWICK &
ASSOCIATES

30 Franklin Road, Suite 700
Roanoke, Virginia 24011
(540) 345-5890
(540) 345-5789 (fax)

NOTICE: This message and its attachments are confidential and may be protected by the attorney/client privilege. If you have received this message in error, please notify the sender immediately by e-mail and delete and destroy this message and its attachments.

1

**From:** simonettil@gtlaw.com <simonettil@gtlaw.com>
**Sent:** Tuesday, June 18, 2019 10:14 AM
**To:** Monica Mroz <Monica.Mroz@fishwickandassociates.com>; Carrol Ching <Carrol.Ching@fishwickandassociates.com>; Daniel Martin <daniel.martin@fishwickandassociates.com>
**Cc:** allenmayed@gtlaw.com; ramosc@gtlaw.com; Jennifer.Malloch@navient.com
**Subject:** Henderson

Good morning. We have identified a witness for NPM, and he is available in Fishers, Indiana, on July 19. Fishers is near Indianapolis. Please confirm.

**Lisa Simonetti**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7824   | F +1 310.586.7800   | C +1 310.365.5717
simonettil@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.